IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PARKWAY ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:99-0161 |
| | ) JUDGE HAYNES |
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Harleysville Mutual Insurance Company's motion for partial summary judgment (Docket Entry No. 149) is **GRANTED** and Plaintiff's claims for equitable estoppel, breach of contract and prejudgment interest are **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 23rd day of June, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge